**DISMISS and Opinion Filed April 28, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00012-CV

**GEORGE BRYAN, Appellant**
**V.**
**WILLIAM BECKER INDIVIDUALLY AND AS**
**TRUSTEE OF THE WILLIAM E. BECKER FAMILY TRUST**
**AND SCOPE AUTOMOTIVE, L.L.C., Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08362**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's April 22, 2021 unopposed motion to dismiss

the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

210012F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GEORGE BRYAN, Appellant

No. 05-21-00012-CV          V.

WILLIAM BECKER
INDIVIDUALLY AND AS
TRUSTEE OF THE WILLIAM E.
BECKER FAMILY TRUST AND
SCOPE AUTOMOTIVE, L.L.C.,
Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-20-08362.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered April 28, 2021